**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Dolinar III | CHAPTER 13 |
| | BKY. NO. 18-24648 CMB |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/James C. Warmbrodt, Esquire**
                                James C. Warmbrodt, Esquire
                                Attorney I.D. No. 42524
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106
                                412-430-3594
                                jwarmbrodt@kmllawgroup.com