Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

2

In re:  Bankruptcy Case No.: 18−24648−CMB

Chapter: 13

**Joseph Dolinar III**
  Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 8, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
  U.S. Bankruptcy Court
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 12/3/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph Dolinar, III
    Debtor

Case No. 18-24648-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 1    Date Rcvd: Dec 03, 2018
                      Form ID: 154A    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
```
db             +Joseph Dolinar, III,    102 Stuart Street,    Bethel Park, PA 15102-3004
14958451       +KML Law Group,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14958453       +Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14958455       +Sternrecsvcs,    1102 Grecade Street,    Greensboro, NC 27408-8710
14958456       +Tek-collect Inc,    Pob 1269,    Columbus, OH 43216-1269
14958458       +Verizon,    C/O Diversified Consultants LLC,    Dept 603,    P.O. Box 4115,
                 Concord, CA 94524-4115
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14958449       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 04 2018 03:35:53
                 Bayview Loan Servicing LC,    4425 Ponce Leon Blvd,    Miami, FL 33146-1837
14958450       +E-mail/Text: cio.bncmail@irs.gov Dec 04 2018 03:34:59     Internal Revenue Service,
                 P.O. Box 8208,    Philadelphia, PA 19101-8208
14958452       +E-mail/PDF: cbp@onemainfinancial.com Dec 04 2018 03:32:04     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14958454       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2018 03:32:13
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14958457       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 04 2018 03:34:48
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 5
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
```
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sean  Logue    on behalf of Debtor Joseph  Dolinar, III pittbankruptcy@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                              TOTAL: 3
```