IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Joseph Dolinar, III**<br><br>Debtor<br><br>**Joseph Dolinar, III**<br>Movant<br><br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **18-24648**<br><br>Chapter **13**<br><br><br><br><br>Related to Document No. 1 |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Sean Logue**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Sean Logue**
 Signature
**Sean Logue**
Typed Name
**101 W Main St. #301**
**Carnegie, PA 15106**
Address
**(412) 389-0805**
Phone No.
**208221 PA**
List Bar I.D. and State of Admission