## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| JOSEPH DOLINAR, III | ) Case No.: 18-24648 CMB |
| | ) |
| Debtor(s) | ) |
| | ) Related to Document No.1 |
| JOSEPH DOLINAR, III | ) |
| | ) |
| Movant | ) |
| vs | ) |
| | ) |
| RONDA J. WINNECOUR | ) |
| TRUSTEE | ) |
| RESPONDENT | ) |
| | ) |

### AMENDED NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1 (e) I, Sean Logue, counsel for the debtor (s) in the above-captioned case, hereby certifies that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

1. Duquesne Light Company
C/O Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219

2. Bayview Loan Servicing LC
4425 Ponce Leon Blvd.
Miami, FL 33146

3. Internal Revenue Service
P.O. Box 8208
Philadelphia, PA 19101

4. KML Law Group
Suite 5000-BNY Independence Center
701 Market Street
Philadelphia, PA 19106

1

5. OneMain
P.O. Box 1010
Evansville IN 47706

6. Peoples
P.O. Box 644760
Pittsburgh, PA 15264

7. Portfolio Recovery Assoc
120 Corporate Blvd. Ste 1
Norfolk, VA 23502

8. Sternrecsvcs
1102 Grecade Street
Greensboro, NC 27408

9. Tek-Collect Inc
P.O. Box 1269
Columbus, OH 43216

10. Verizon
500 Technology Dr.
Weldon Springs, MO 63304

11. Verizon
C/O Diversified Consultants LLC
Dept 603
P.O. Box 4115
Concord, CA 94524

12. Joseph Dolinar, III
102 Stuart Street
Bethel Park PA 15102

13. Sean Logue
Sean Logue & Assoc
27 West Main Street
Carnegie, PA 15106


Dated: 12/11/2018                                By: /s/ Sean Logue
                                                 Sean Logue & Assoc
                                                 PA#208221
                                                 27 W. Main Street
                                                 Carnegie, PA 15106
                                                 412-389-0805

Fax : 412-253-6520
Email: sean@seanloguelaw.com

**PAWB Local form 29 (07/13)**