Form 065

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                          Bankruptcy Case No.: 18−24648−CMB

                                                                Chapter: 13

**Joseph Dolinar III**
    Debtor(s)

## CERTIFICATION

The Clerk of Court certifies that:

(1)  The petition commencing the above−captioned case was filed on November 30, 2018.

(2)  *W.PA.LBR. 1007−1* requires the debtor to upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

(3)  The debtor did not upload the Mailing Matrix into the CM/ECF System at the time of filing the petition.

/s/ Michael R. Rhodes
Clerk of Court

## ORDER

It is hereby **ORDERED** that, based on the foregoing Certification and pursuant to *Fed.R.Bankr.P. 1007* and *W.PA.LBR. 1007−1*, this case is **DISMISSED** without prejudice.

Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*.

Debtor(s) remains legally liable for all of his/her debts as if the bankruptcy petition had not been filed.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: December 11, 2018
cm: All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24648-CMB
Joseph Dolinar, III                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Dec 11, 2018
                        Form ID: 065    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
```
db            +Joseph Dolinar, III,    102 Stuart Street,    Bethel Park, PA 15102-3004
14958451      +KML Law Group,    Suite 5000-BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14958453      +Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14958455      +Sternrecsvcs,    1102 Grecade Street,    Greensboro, NC 27408-8710
14958456      +Tek-collect Inc,    Pob 1269,    Columbus, OH 43216-1269
14958458      +Verizon,    C/O Diversified Consultants LLC,    Dept 603,    P.O. Box 4115,
                Concord, CA 94524-4115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 12 2018 03:05:28      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14958449       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 12 2018 03:05:14
                 Bayview Loan Servicing LC,    4425 Ponce Leon Blvd,    Miami, FL 33146-1837
14958450       +E-mail/Text: cio.bncmail@irs.gov Dec 12 2018 03:04:28      Internal Revenue Service,
                 P.O. Box 8208,    Philadelphia, PA 19101-8208
14958452       +E-mail/PDF: cbp@onemainfinancial.com Dec 12 2018 03:10:08      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14958454       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 03:31:18
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14958457       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2018 03:04:20
                 Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sean   Logue    on behalf of Debtor Joseph  Dolinar, III pittbankruptcy@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                              TOTAL: 5
```