## COMPANY INFORMATION

R&J's All About Cars

# Earnings Statement

## EMPLOYEE INFORMATION

Joseph Dolinar

**SOCIAL SECURITY:** XXX-XX-1508

**EMPLOYEE ID:**

| START DATE | END DATE | CHECK DATE |
|---|---|---|
| 10/17/2018 | 10/23/2018 | 10/26/2018 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Earnings | 12.50 | 40.00 | 500.00 |  | Federal Tax | 47.51 | 2,042.83 |
|  |  |  |  |  | Pennsylvania State Tax | 15.35 | 660.05 |
|  |  |  |  |  | Soc Sec / OASDI | 31.00 | 1,333.00 |
|  |  |  |  |  | Health Insurance Tax | 7.25 | 311.75 |
|  |  | **GROSS EARNINGS** | 500.00 | 21,500.00 | **GROSS DEDUCTIONS** | 101.11 | 4,347.63 |

CHECK NUMBER  #9002     NET PAY  $398.89     YTD NET PAY  $17,152.37

## COMPANY INFORMATION

R&J's All About Cars

# Earnings Statement

## EMPLOYEE INFORMATION

Joseph Dolinar

## SOCIAL SECURITY

XXX-XX-1508

## EMPLOYEE ID

| START DATE | END DATE | CHECK DATE |
|---|---|---|
| 10/24/2018 | 10/30/2018 | 11/02/2018 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Earnings | 12.50 | 40.00 | 500.00 | | Federal Tax | 47.51 | 2,090.34 |
| | | | | | Pennsylvania State Tax | 15.35 | 675.40 |
| | | | | | Soc Sec/OASDI | 31.00 | 1,364.00 |
| | | | | | Health Insurance Tax | 7.25 | 319.00 |
| | | GROSS EARNINGS | 500.00 | 22,000.00 | GROSS DEDUCTIONS | 101.11 | 4,448.74 |

| CHECK NUMBER | #9021 | NET PAY | $398.89 | YTD NET PAY | $17,551.26 |
|---|---|---|---|---|---|

**R&J's All About Cars**

November 9, 2018

**PAY** THREE HUNDRED NINETY-EIGHT POINT EIGHT NINE

THIS IS NOT A CHECK

Pay To the Order Of: Joseph Dolinar

## Earnings Statement

**COMPANY INFORMATION**
R&J's All About Cars

**EMPLOYEE INFORMATION**
Joseph Dolinar

**SOCIAL SECURITY**
XXX-XX-1508

**EMPLOYEE ID**

| START DATE | END DATE | CHECK DATE |
|---|---|---|
| 10/31/2018 | 11/06/2018 | 11/09/2018 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Earnings | 12.50 | 40.00 | 500.00 |  | Federal Tax | 47.51 | 2,137.85 |
|  |  |  |  |  | Pennsylvania State Tax | 15.35 | 690.75 |
|  |  |  |  |  | Soc Sec / OASDI | 31.00 | 1,395.00 |
|  |  |  |  |  | Health Insurance Tax | 7.25 | 326.25 |
|  |  | GROSS EARNINGS | 500.00 | 22,500.00 | GROSS DEDUCTIONS | 101.11 | 4,549.85 |

CHECK NUMBER #9215        NET PAY  $398.89        YTD NET PAY  $17,950.15

**R&J's All About Cars**

November 30, 2018

PAY THREE HUNDRED NINETY-EIGHT POINT EIGHT NINE

THIS IS NOT A CHECK

Pay To the Order Of    Joseph Dolinar

## COMPANY INFORMATION
R&J's All About Cars

# Earnings Statement

| EMPLOYEE INFORMATION | SOCIAL SECURITY | EMPLOYEE ID |
|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | |

| | START DATE | END DATE | CHECK DATE |
|---|---|---|---|
| | 11/21/2018 | 11/27/2018 | 11/30/2018 |

| EARNINGS | RATE | HOURS | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Regular Earnings | 12.50 | 40.00 | 500.00 | | Federal Tax | 47.51 | 2,280.38 |
| | | | | | Pennsylvania State Tax | 15.35 | 736.80 |
| | | | | | Soc Sec / OASDI | 31.00 | 1,488.00 |
| | | | | | Health Insurance Tax | 7.25 | 348.00 |
| | | GROSS EARNINGS | 500.00 | 24,000.00 | GROSS DEDUCTIONS | 101.11 | 4,853.18 |

CHECK NUMBER  #9558    NET PAY  $398.89    YTD NET PAY  $19,146.82

# UltiPro by Ultimate Software

The Fresh Market
628 Green Valley
Suite 500
Greensboro, NC 27408

**Pay Statement**
Period Start Date  10/01/2018
Period End Date  10/14/2018
Pay Date  10/19/2018
Document  850657510
Net Pay  $619.69

## Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| MILA DOLINAR | Employee Number | 10068334 | Pay Group | N26 Pay Group | Federal Income Tax | M 3 |
| 102 STUART STREET | SSN | XXX-XX-XXXX | Location | Pittsburgh | PA State Income Tax (Residence) | S 0 |
| BETHEL PARK, PA 15102 | Job | Bakery Clerk | Region | 28 - Gaylene Blake | PA State Income Tax (Work) | S 0 |
| USA | Pay Rate | $10.0000 | District | 28 - DM-28 | | |
| | Pay Frequency | Biweekly | Store | 138 - Pittsburgh | | |
| | | | Department | 010 - Bakery | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Control Reg | 62.8200 | $0.0000 | $628.20 | $10,028.69 |
| Misc. Bonus | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Sunday | 7.6000 | $0.0000 | $79.80 | $2,399.10 |

Total Hours  70.4200

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $708.00 | $0.00 | $11.00 |
| Employee Medicare | $708.00 | $10.27 | $180.93 |
| Social Security Employee Tax | $708.00 | $43.89 | $773.62 |
| PA State Income Tax | $708.00 | $21.74 | $383.07 |
| MT LEBANON | $708.00 | $9.91 | $174.71 |
| MOUNT LEBANON TWP | $708.00 | $1.81 | $38.01 |
| MOUNT LEBANON SD | $708.00 | $0.19 | $3.99 |
| PA Unemployment Employee | $708.00 | $0.50 | $8.73 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx8362 | Checking | $619.69 |
| Total | | $619.69 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $708.00 | $708.00 | $88.31 | $0.00 | $619.69 |
| YTD | $12,477.79 | $12,477.79 | $1,574.06 | $0.00 | $10,903.73 |

# UltiPro by Ultimate Software

The Fresh Market
628 Green Valley
Suite 500
Greensboro, NC 27408

**Pay Statement**
Period Start Date: 10/15/2018
Period End Date: 10/28/2018
Pay Date: 11/02/2018
Document: 850667483
Net Pay: $579.99

## Pay Details

MILA DOLINAR
102 STUART STREET
BETHEL PARK, PA 15102
USA

| | |
|---|---|
| Employee Number | 10068334 |
| SSN | XXX-XX-XXXX |
| Job | Bakery Clerk |
| Pay Rate | $10.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | N26 Pay Group |
| Location | Pittsburgh |
| Region | 28 - Gaylene Blake |
| District | 28 - DM-28 |
| Store | 138 - Pittsburgh |
| Department | 010 - Bakery |

| | |
|---|---|
| Federal Income Tax | M 3 |
| PA State Income Tax (Residence) | S 0 |
| PA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Control Reg | 58.7400 | $0.0000 | $587.40 | $10,616.09 |
| Misc. Bonus | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Sunday | 7.1800 | $0.0000 | $75.39 | $2,474.49 |

Total Hours 65.9200

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | YTD | Employer Current | YTD |
|---|---|---|---|---|---|---|
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $662.79 | $0.00 | $11.00 |
| Employee Medicare | $662.79 | $9.61 | $190.54 |
| Social Security Employee Tax | $662.79 | $41.10 | $814.72 |
| PA State Income Tax | $662.79 | $20.35 | $403.42 |
| MT LEBANON | $662.79 | $9.28 | $183.99 |
| MOUNT LEBANON TWP | $662.79 | $1.81 | $39.82 |
| MOUNT LEBANON SD | $662.79 | $0.19 | $4.18 |
| PA Unemployment Employee | $662.79 | $0.46 | $9.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx8362 | Checking | $579.99 |
| Total | | $579.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $662.79 | $662.79 | $82.80 | $0.00 | $579.99 |
| YTD | $13,140.58 | $13,140.58 | $1,656.86 | $0.00 | $11,483.72 |

# UltiPro by Ultimate Software

The Fresh Market
628 Green Valley
Suite 500
Greensboro, NC 27408

**Pay Statement**
Period Start Date 10/29/2018
Period End Date 11/11/2018
Pay Date 11/16/2018
Document 850677515
Net Pay $612.98

## Pay Details

| | | | |
|---|---|---|---|
| MILA DOLINAR | Employee Number 10068334 | Pay Group N26 Pay Group | Federal Income Tax M 3 |
| 102 STUART STREET | SSN XXX-XX-XXXX | Location Pittsburgh | PA State Income Tax S 0 (Residence) |
| BETHEL PARK, PA 15102 | Job Bakery Clerk | Region 28 - Gaylene Blake | PA State Income Tax (Work) S 0 |
| USA | Pay Rate $10.0000 | District 28 - DM-28 | |
| | Pay Frequency Biweekly | Store 138 - Pittsburgh | |
| | | Department 010 - Bakery | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Control Reg | 63.4400 | $0.0000 | $634.40 | $11,250.49 |
| Misc. Bonus | 0.0000 | $0.0000 | $0.00 | $50.00 |
| Sunday | 6.2800 | $0.0000 | $65.94 | $2,540.43 |

Total Hours 69.7200

## Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Based On | Pre-Tax | Current | YTD | Current | YTD |
| No records found | | | | | | |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $700.34 | $0.00 | $11.00 |
| Employee Medicare | $700.34 | $10.15 | $200.69 |
| Social Security Employee Tax | $700.34 | $43.42 | $858.14 |
| PA State Income Tax | $700.34 | $21.50 | $424.92 |
| MT LEBANON | $700.34 | $9.80 | $193.79 |
| MOUNT LEBANON TWP | $700.34 | $1.81 | $41.63 |
| MOUNT LEBANON SD | $700.34 | $0.19 | $4.37 |
| PA Unemployment Employee | $700.34 | $0.49 | $9.68 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxxx8362 | Checking | $612.98 |
| Total | | $612.98 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $700.34 | $700.34 | $87.36 | $0.00 | $612.98 |
| YTD | $13,840.92 | $13,840.92 | $1,744.22 | $0.00 | $12,096.70 |

https://e24.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=BWZS1J0000K0...    11/16/2018