UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Joseph Dolinar, III | : Bankruptcy Case No. 18-24648 CMB |
| Debtor(s). | : Chapter 13 |
| Joseph Dolinar, III | : Docket # 1 |
| Movant | |
| vs | |
| | : Judge CMB |
| No Respondent | : |

## ORDER

**AND NOW**, on this ___8th___ day of ___January___, 2019, upon consideration of the Motion of the above reference debtor, praying for an extension of time within which the Completion of Bankruptcy filing and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDER, ADJUDGED and DECREED** that the time for the Debtor to file his Chapter Chapter 13 Schedules, Statements, Means Test and Chapter 13 plan be hereby extended to and including January 8, 2019. This is the final extension.

BY THE COURT:

*/s/ Carlota M. Bohm/*
Carlota M. Bohm
United States Bankruptcy Judge

FILED
1/8/19 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Dolinar, III  
     Debtor

Case No. 18-24648-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Jan 08, 2019  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
db          +Joseph Dolinar, III,    102 Stuart Street,    Bethel Park, PA 15102-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          DMcKay@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Sean Logue    on behalf of Debtor Joseph Dolinar, III pittbankruptcy@gmail.com,  
          lesliebrown.paralegal@gmail.com  
                                                                                                TOTAL: 6