**Form 224**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph Dolinar III**
Debtor(s)

Bankruptcy Case No.: 18−24648−CMB

Chapter: 13
Docket No.: 35 − 1, 29

### CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **November 30, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **January 8, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **January 9, 2019,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

### ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: January 9, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-24648-CMB
Joseph Dolinar, III                                                 Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: culy           Page 1 of 1         Date Rcvd: Jan 09, 2019
                             Form ID: 224         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.

```
db         +Joseph Dolinar, III,   102 Stuart Street,   Bethel Park, PA 15102-3004
cr         +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14958451   +KML Law Group,   Suite 5000-BNY Independence Center,   701 Market Street,
             Philadelphia, PA 19106-1538
14958453   +Peoples,   P.O. Box 644760,   Pittsburgh, PA 15264-4760
14958455   +Sternrecsvcs,   1102 Grecade Street,   Greensboro, NC 27408-8710
14958456   +Tek-collect Inc,   Pob 1269,   Columbus, OH 43216-1269
14958458   +Verizon,   C/O Diversified Consultants LLC,   Dept 603,   P.O. Box 4115,
             Concord, CA 94524-4115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr         +E-mail/Text: kburkley@bernsteinlaw.com Jan 10 2019 03:32:11     Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14958449   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2019 03:31:47
             Bayview Loan Servicing LC,   4425 Ponce Leon Blvd,   Miami, FL 33146-1837
14958450   +EDI: IRS.COM Jan 10 2019 08:03:00     Internal Revenue Service,   P.O. Box 8208,
             Philadelphia, PA 19101-8208
14958452   +EDI: AGFINANCE.COM Jan 10 2019 08:03:00     Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14958454   +EDI: PRA.COM Jan 10 2019 08:03:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4952
14958457   +EDI: VERIZONCOMB.COM Jan 10 2019 08:03:00     Verizon,   500 Technology Dr,
             Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAYVIEW LOAN SERVICING, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Jan 11, 2019                              Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sean Logue    on behalf of Debtor Joseph  Dolinar, III pittbankruptcy@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                              TOTAL: 6
```