# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| JOSEPH DOLINAR, III | ) Case No.: 18-24648 CMB |
| | ) |
| Debtor(s) | ) |
| | ) Doc No: 42 |
| JOSEPH DOLINAR, III | ) |
| | ) |
| Movant | ) |
| VS | ) |
| RONDA J. WINNECOUR | ) |
| CHAPTER 13 TRUSTEE | ) |
| RESPONDENT | ) |
| | ) |

## ORDER

**AND NOW**, on this ___23rd___ day of ___January___, 2019, upon consideration of the within Motion to Reconsider Dismissal for failure to timely file the Certificate of Credit Counseling and Electronic Declaration Page, it is hereby ORDERED, AJUDGED and DECREED that the Debtors' Motion is granted and the above-captioned case is reinstated.

BY THE COURT

_____
Judge Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
1/23/19 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-24648-CMB
Joseph Dolinar, III                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Jan 23, 2019
                          Form ID: pdf900    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
```
db            +Joseph Dolinar, III,    102 Stuart Street,    Bethel Park, PA 15102-3004
14958451      +KML Law Group,    Suite 5000-BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1538
14958453      +Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14976446      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14958455      +Sternrecsvcs,    1102 Grecade Street,    Greensboro, NC 27408-8710
14958456      +Tek-collect Inc,    Pob 1269,    Columbus, OH 43216-1269
14958458      +Verizon,    C/O Diversified Consultants LLC,    Dept 603,    P.O. Box 4115,
               Concord, CA 94524-4115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jan 24 2019 03:01:32    Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14958449      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 24 2019 03:01:10
               Bayview Loan Servicing LC,    4425 Ponce Leon Blvd,    Miami, FL 33146-1837
14958450      +E-mail/Text: cio.bncmail@irs.gov Jan 24 2019 02:59:57    Internal Revenue Service,
               P.O. Box 8208,    Philadelphia, PA 19101-8208
14958452      +E-mail/PDF: cbp@onemainfinancial.com Jan 24 2019 03:07:47    Onemain,    Po Box 1010,
               Evansville, IN 47706-1010
14958454      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 03:20:27
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14958457      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 24 2019 02:59:46
               Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sean Logue    on behalf of Debtor Joseph  Dolinar, III pittbankruptcy@gmail.com,
               lesliebrown.paralegal@gmail.com
                                                                                             TOTAL: 6
```