IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    Case No.: 18-24648-CMB

Joseph Dolinar, III,                 Chapter 13

Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, MUNICIPALITY OF BETHEL PARK, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

Jeffrey R. Hunt, Esquire
GOEHRING, RUTTER & BOEHM
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
TEL: (412)281-0587
FAX: (412)281-6570

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

PLEASE TAKE FURTHER NOTICE that the MUNICIPALITY OF BETHEL PARK intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.

Dated: February 25, 2019               GOEHRING, RUTTER & BOEHM

                                              By:    /s/ Jeffrey R. Hunt
                                                       Jeffrey R. Hunt, Esquire
                                                       Pa. I.D. #90342
                                                       Frick Building, 14th Floor
                                                       437 Grant Street
                                                       Pittsburgh, PA 15219
                                                       (412) 281-0587
                                                       Attorney for Movant
                                                       jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              Case No.: 18-24648-CMB

Joseph Dolinar, III,                Chapter 13

Debtor.

## DECLARATION IN LIEU OF AFFIDAVIT

I certify that this request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditor.

GOEHRING, RUTTER & BOEHM

By:     /s/ Jeffrey R. Hunt
        Jeffrey R. Hunt, Esquire
        Pa. I.D. #90342
        Frick Building, 14th Floor
        437 Grant Street
        Pittsburgh, PA  15219
        (412) 281-0587
        Attorney for Movant
        jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              Case No.: 18-24648-CMB

Joseph Dolinar, III,               Chapter 13

Debtor.

**CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO PARTIES IN INTEREST**

Sean Logue, Esquire
Sean Logue & Associates
27 West Main Street
Carnegie, PA 15106

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                             GOEHRING, RUTTER & BOEHM

                      By:      /s/ Jeffrey R. Hunt
                             Jeffrey R. Hunt, Esquire
                             Pa. I.D. #90342
                             Frick Building, 14th Floor
                             437 Grant Street
                             Pittsburgh, PA 15219
                             (412) 281-0587
                             Attorney for Movant
                             jhunt@grblaw.com