MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Dolinar III** _____ JAD/TPA/(CMB)/GLT

Case Number: **18-24648**

Date of Meeting: **2/25/19**       Recording # _____

Debtor(s) present ___ or Not Present **✓** (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Logue** _____ (Present ___ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

*Locnikar for IRS*

*Q about whether 2017 Return is filed*

*for confirmation 2017 return processed by IRS & no payments — Can it to pre pet date*

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:

___ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
On **4/18/19** at **2:30** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

FILED 2019 FEB 28 P 1:50 CLERK U.S. BANKRUPTCY COURT PITTSBURGH