# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
7/1/19 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

Debtor: JOSEPH DOLINAR
Case Number: 18-24648-CMB    Chapter: 13
Date / Time / Room: THURSDAY, JUNE 27, 2019 02:30 PM    3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*

#32 - Continued Confirmation of Plan Dated 1/8/2019 (N)
(Pro Se? )
R / M #:  32 / 0

### *Appearances:*

Debtor: Legue
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: Loknikar IRS

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __7-25-19__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

continued for payments and for calc.

6/20/2019  9:19:05AM