# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | JOSEPH DOLINAR |
| **Case Number:** | 18-24648-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JULY 25, 2019  02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/26/19 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#32 - Continued Confirmation of Plan Dated 1/8/2019 (N)
+ Continued Objection by I.R.S.
R / M #:  32 / 0

**Appearances:**

Debtor: Petro
Trustee: Winnecour  (Patty)  Katz / DeSimone

Creditor: Locnikar - IRS

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 8/16/19.
   Objections are due on or before 9/6/19
   A hearing on the Amended Plan is set for 9/26/19 at 1:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/16/2019  9:05:35AM