# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOSEPH DOLINAR
**Case Number:** 18-24648-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 26, 2019 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/30/19 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#62 Amended Plan Dated 8/16/2019  (N)
R / M #: 62 / 0

### *Appearances:*

R. Walders

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 12/19/19 at 3:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/19/2019   8:54:39AM