IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| **JOSEPH DOLINAR III** | )Case No.: 1:18-24648 (CMB) |
| | ) |
| **Debtor(s)** | ) |
| | ) |
| **JOSEPH DOLINAR III** | ) |
| | ) |
| **Movant** | ) |
| | ) |
| vs | ) |
| | ) |
| | ) |
| **BETHEL PARK County** | ) |
| **Tax Claim Bureau** | ) |
| **BETHEL County School** | ) |
| **District** | ) |
| **MUNICIPALITY OF BETHEL PARK** | ) |
| **INTERNAL REVENUE SERVICE** | ) |
| | ) |
| **Respondent** | ) |

**" AMENDED" NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKER:**

You are hereby notified that the above Movant seek an order affecting your rights or property. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than January 17, 2020 i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourt.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once. A hearing will be held on Wednesday, February 19, 2020 at 10:00 a.m. before Judge Carlota M. Bohm in p02Court Room B,

54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: December 30, 2019

/s/ Sean Logue
Sean Logue & Assoc
PA#208221
27 W. Main Street
Carnegie, PA 15106
412-389-0805
Fax : 412-253-6520
Email: pittbankruptcy@gmail.com