# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| JOSEPH DOLINAR III | )Case No.: 1: 18-24648 (CMB) |
|     Debtor(s) | ) |
| | )Doc No:64 |
| JOSEPH DOLINAR III | ) |
|     Movant | )Filed under Section |
| | )362 (c)(3) of the Bankruptcy |
|     vs | )Code |
| | ) |
| Bethel Park County | ) |
| Tax Claim Bureau | ) |
| Bethel County School District | ) |
| Municipality of Bethel Park | ) |
| Internal Revenue Service | ) |
| | ) |
| Respondents | ) |
| | ) |
|     And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE | ) |
| CHAPTER 13 TRUSTEE | ) |
| Additional Respondent | ) |

**"CERTIFICATE OF NO RESPONSE REGARDING APPLICATION TO APPROVE EMPLOYMENT OF A REAL ESTATE BROKER"**

      The undersigned hereby certifies that, as the date of hereof, no answer, objection or other responsive pleading to the Application filed on December 19, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing with Response Deadline on Application to Approve Employment of a Real Estate Broker, responses to the Application were to be filed and served no later than January 17, 2020.

      It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

| | |
|---|---|
| **EXECUTED ON** February 17, 2020 | <u>By /s/ Sean Logue</u><br>Sean Logue & Assoc.<br>PA#208221<br>27 W. Main Street<br>Carnegie, PA 15106<br>412-389-0805<br>Fax : 412-253-6520<br>Email: sean@seanloguelaw.com |