IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| **JOSEPH DOLINAR III** | )Case No.: 1:18-24648 (CMB) |
| | ) |
| **Debtor(s)** | )Related to: Document No. 64 |
| | ) |
| **JOSEPH DOLINAR III** | )**ENTERED BY DEFAULT** |
| | ) |
| **Movant** | ) |
| | ) |
| vs | ) |
| | ) |
| | ) |
| **BETHEL PARK County** | ) |
| **Tax Claim Bureau** | ) |
| **BETHEL County School** | ) |
| **District** | ) |
| **MUNICIPALITY OF BETHEL PARK** | ) |
| **INTERNAL REVENUE SERVICE** | ) |
| | ) |
| **Respondent** | ) |

_____

**ORDER APPROVING EMPLOYMENT OF REALTOR**

The Application of Joseph Dolinar III the above-named Debtor, praying for approval of their employment of Maria S. Moore , as broker under a general retainer, having come this day before the Court, Maria S. Moore is qualified to perform the requested services, and the Court being satisfied that Maria S. Moore represents no interest adverse to the above Debtor, or to his Estate, in the matters upon

which it is engaged, and it appears that the employment of Maria S. Moore is necessary and would be in the best interests of the estate, it is

**HEREBY ORDERED** that the employment by Joseph Dolinar III of Maria S. Moore to perform as broker for the Debtors in the above proceedings under Chapter 13 of the Bankruptcy Code is approved, upon the terms set forth in the Application.

Dated: February 18, 2020

Carlota M. Böhm  
Chief United States Bankruptcy Judge

glb

FILED  
2/18/20 1:37 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-24648-CMB
Joseph Dolinar, III                                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Feb 18, 2020
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db             +Joseph Dolinar, III,    102 Stuart Street,    Bethel Park, PA 15102-3004
br             +Maria S. Moore,    Century Rise Realty,    4141 Brownsville RD,    Pittsburgh, PA 15227-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sean Logue    on behalf of Debtor Joseph  Dolinar, III pittbankruptcy@gmail.com,
           lesliebrown.paralegal@gmail.com
                                                                                               TOTAL: 10