# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JOSEPH DOLINAR
**Case Number:** 18-24648-CMB          **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 07, 2020 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#62 - Chapter 13 Plan Dated 08/16/2019 (N)
R / M #:  62 / 0

## *Appearances:*

Debtor: Logue
Trustee: Winnecour / Pail / Kate / (DeSimone)
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-2-20 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Case dependent on sale of property which has slowed due to covid-19 shutdown.

FILED
5/12/20 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4/28/2020  11:09:51AM