# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | JOSEPH DOLINAR |
| Case Number: | 18-24648-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 02, 2020 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matter:

#62 Continued Confirmation of Chapter 13 Plan Dated 08/16/2020 (N)
R / M #:  62 / 0

### Appearances:

Debtor: Logue
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ___✓___ Plan/Motion continued to _9/10/20_ at _2:30 pm_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Sale plan — This is 8th Conciliation. Advised debtor counsel that if property not subject to sale agreement & filed motion by 9/10/20, would request case be converted to ch 7.

FILED
7/6/20 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/25/2020    3:59:51PM