# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
9/14/20 7:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

- **Debtor:** JOSEPH DOLINAR
- **Case Number:** 18-24648-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 10, 2020 02:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#62 Amended Chapter 13 Plan Dated 08/16/2020 (NFC)
R / M #: 62 / 0

### Appearances:

- Debtor: Logue
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor: Wallace for Peoples Gas

*Sale plan, agreement for sale just entered into. Motion to approve the sale to be filed by 9/17/20*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/3/20 at 11:00 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/2/2020    4:59:20PM