**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) |
| JOSEPH DOLINAR, III | ) Case No.: 18-24648 CMB |
| | ) |
| Debtor(s) | ) |
| | ) Doc No:82 |
| BAYVIEW LOAN SERVICING LLC | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| JOSEPH DOLINAR, III | ) |
| | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| RONDA J. WINNECOUR ESQUIRE CHAPTER 13 TRUSTEE | ) |
| | ) |
| Additional Respondent | ) |

**CERTIFICATION IN RESPONSE TO MOTION FOR RELIEF FROM STAY FILED BY BAYVIEW LOAN SERVICING LLC**

Sean Logue, Esquire of full age, hereby certifies and says:

    1. I am counsel for the above debtor, Joseph Dolinar, III

    2. The debtors Chapter 13 Case was filed on November 30, 2018.

    3. Listed in the debtors Chapter 13 schedules and plan is the debtors residential

property located at 102 Stuart Street, Bethel Park, PA 15102 which property is subject to a first mortgage lien held by Bayview Loan Servicing, LLC.

4. On September 16, 2020 Bayview Loan Servicing filed a Motion for Relief from Stay stating the debtor was behind with his plan payments which payments included his post-petition mortgage payments.

5. The debtors Chapter 13 plan proposes to sale the Debtors rental property to satisfy all debt owed by the debtor including any mortgage arrearages owed to Bayview Loan Servicing, LLC.

6. The debtor has just notified Counsel that they have a contract for sale and that there will be closing on the rental property prior to the end of the year.

7. The debtor has been delayed in making plan payments due to a Cancer diagnosis and his inability to maintain work due to poor health. The feasibility of the plan relies on the sale of the rental property which property now has a valid Contract for sale. A Motion to sale said Property will be filed with the court in the coming weeks.

8. For the reasons stated above the debtor, through Counsel would request that the Motion for Relief from Stay filed by Bayview Loan Servicing, LLC be denied and the debtor be allowed to cure all mortgage arrears and deficient plan payments with the proceeds of the pending Rental property sale.

**EXECUTED ON** October 2, 2020

By /s/ Sean Logue
Sean Logue & Assoc.
PA#208221
27 W. Main Street
Carnegie, PA 15106
412-389-0805

Fax : 412-253-6520
Email: sean@seanloguelaw.com