# PROCEEDING MEMO

**Date: 10/28/2020 10:00 am**

**In re:**   Joseph Dolinar, III

                                                **Bankruptcy No. 18-24648-CMB**
                                                **Chapter: 13**
                                                **Doc. # 82**

**Appearances:**  BY PHONE:  Owen Katz

**Nature of Proceeding: #82 Motion For Relief From the Automatic Stay (Creditor: Bayview Loan Servicing, LLC - 102 Stuart Street, Bethel Park, PA 15102)**

**Additional Pleadings: #89 Response by Debtor**

**Judge's Notes:**
 - Counsel for creditor disconnected previously, and had connection issues. Only counsel for the Chapter 13 Trustee is present. Short continuance is appropriate.
 - OUTCOME : Continued to 11/10 at 11am.

                                                **Carlota Böhm**
                                                **Chief U.S. Bankruptcy Judge**

                                                FILED
                                                10/28/20 2:16 pm
                                                CLERK
                                                U.S. BANKRUPTCY
                                                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24648-CMB |
| Joseph Dolinar, III | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | |

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
    Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Sean Logue
    on behalf of Debtor Joseph Dolinar  III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com

TOTAL: 10