# PROCEEDING MEMO

**Date: 11/10/2020 11:00 am**

**In re:   Joseph Dolinar, III**

                                       **Bankruptcy No. 18-24648-CMB**
                                       **Chapter: 13**
                                       **Doc. # 82**

**Appearances:  BY PHONE:  James Warmbrodt;  Maria Miksich;   Sean Logue**

**Nature of Proceeding:** #82 Continued Hearing Re: Motion For Relief From the Automatic Stay (Creditor: Bayview Loan Servicing, LLC - 102 Stuart Street, Bethel Park, PA 15102)

**Additional Pleadings:** #89 Response by Debtor
                        #94 Supplement - Commercial Contract for Sale to #89
                        #95 Proceeding Memo from Telephonic Hearing Held 10/28/2020 - Continued to a Telephonic Hearing on 11/10/2020 at 11:00 a.m.

**Judge's Notes:**
- Logue: Commercial property under contract. Motion to approve sale has been prepared but waiting on IRS to provide all secured debt information.
OUTCOME: Continued to 1/6 at 2:30pm via Zoom. Attorney Logue to provide details of sale to Attorney Miksich.

                                       **Carlota Böhm**
                                         **Chief U.S. Bankruptcy Judge**

                                         FILED
                                         11/10/20 2:08 pm
                                         CLERK
                                         U.S. BANKRUPTCY
                                         COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph Dolinar, III  
    Debtor(s)

Case No. 18-24648-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Nov 10, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt  
     on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt  
     on behalf of Creditor Bethel Park School District jhunt@grblaw.com  cnoroski@grblaw.com

Jill Locnikar  
     on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   Equitablebankruptcy@peoples-gas.com

Sean Logue
   on behalf of Debtor Joseph Dolinar  III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com

TOTAL: 10