# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOSEPH DOLINAR
**Case Number:** 18-24648-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 03, 2020 11:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/4/20 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#62 Amended Chapter 13 Plan Dated 08/16/2019 (NFC)
R / M #: 62 / 0

### Appearances:

**Debtor:** Logue
**Trustee:** Winnecour / Pail / Katz / DeSimone    Warmbrodt
**Creditor:** Jeff Hunt - Peoples Nat'l Gas

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __V__ Plan/Motion continued to __2/25/21__ at __1:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont'd for sale

Obstacles to filing motion for sale have been resolved