PROCEEDING MEMO

**Date: 02/17/2021 01:30 pm**

**In re:    Joseph Dolinar, III**

                                                **Bankruptcy No. 18-24648-CMB**
                                                **Chapter: 13**
                                                **Doc. # 101**

**Appearances:  BY ZOOM:  Owen Katz, Sean Logue**

**Nature of Proceeding: #101 Debtor's Motion To Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests**

**Additional Pleadings: #112 Response by Trustee**
                                **#113 Amended Approving Sale of Real Property**

**Judge's Notes:**
-Logue: Unable to proceed today. Sale was not advertised and bidders were not informed to be present. Not prepared to proceed.
OUTCOME: Continued to 3/15 at 10:00 am.
-Attorney Logue to complete all procedural steps necessary before 3/15 hearing so sale can be approved.
-Attorney Katz and Attorney Logue to work together to make proposed order clear that any monies paid from sale are not to be paid directly to Debtor. Liens should be paid by settlement agent at closing.

                                                **Carlota Böhm**
                                                **Chief U.S. Bankruptcy Judge**

                                                FILED
                                                2/18/21 7:29 am
                                                CLERK
                                                U.S. BANKRUPTCY
                                                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph Dolinar, III  
    Debtor

Case No. 18-24648-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Feb 18, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sean Logue
    on behalf of Debtor Joseph Dolinar  III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com

TOTAL: 11