# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | JOSEPH DOLINAR |
| Case Number: | 18-24648-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 25, 2021 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/26/21 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#62 Amended Chapter 13 Plan Dated 08/16/2019 (NFC)
R / M #:  62 / 0

### *Appearances:*

Debtor: Logue
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor: Jeff Hunt - Peoples
- Allegheny County
- Bethel Park
- Bethel Park SD

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  4/29/21  at  1:00  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont. for sale

2/17/2021  10:55:51 AM