**PROCEEDING MEMO**

**Date: 03/15/2021 10:00 am**

**In re:**   Joseph Dolinar, III

**Bankruptcy No. 18-24648-CMB**
**Chapter: 13**
**Doc. # 101**

**Appearances:** Ronda Winnecour, Sean Logue

**Nature of Proceeding:** #101 Debtor's Motion To Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests

**Additional Pleadings:** #112 Response by Trustee
#113 Amended Order Approving Sale of Real Property
#114 Proceeding Memo from 02/17/2021 Hearing - Zoom Continued Hearing for 03/15/2021 at 10:00 a.m via Zoom Video Conference Application.   Attorney Logue to complete all procedural steps necessary before 03/15/2021 Hearing, so sale can be approved.   Attorney Katz and Attorney Logue to work together to make proposed order clear that any monies paid from sale are not to be paid directly to Debtor. Liens should be paid by settlement agent at closing.
#120 Proposed Sale Order

**Judge's Notes:**
-Logue: As per local rules, once sale goes through this will be a 100% plan for unsecured creditors. Pursuant to that, the sale was advertised properly and there was no objection from Trustee's Office. No objections to sale. Highest offer is $250,000. Buyer is a good-faith purchaser.
-Does order need to be revised? Language is confusing and certain issues need to be addressed.
OUTCOME:
-There were no other interested buyers present and no objections to sale. There were no higher or better offers.
-Court finds buyer to be a good-faith purchaser. Sale complies with the standards set forth in *In re Abbotts Dairies*. Sale is confirmed.
-Trustee Winnecour or representative from Trustee's Office to work with Attorney Logue to revise proposed order clarifying distribution language. i.e. What is being paid at closing, amount being paid to Trustee's Office, exemptions, etc. Attorney Logue's fees should be held until fees are approved.
-Trustee's Office to file revised order on or before 3/17.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
3/15/21 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA