**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Dolinar III<br><br>　　　　　　　　Debtor(s) | |
| Community Loan Servicing, LLC<br>　　　　　　　　Movant<br>　　v.<br>Joseph Dolinar III<br>　　　　　　　　Respondent<br>　　And<br>Mila Dolinar<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　Additional Respondents | BK. NO. 18-24648 CMB<br><br>CHAPTER 13<br><br>Related to Docs. 82, 89, 116, 126, 129 |

**ORDER OF COURT**

AND NOW, this 21st day of June 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed by Community Loan Servicing, LLC at Doc. No.. 82, is DENIED as WITHDRAWN. The hearing in this matter scheduled for June 29, 2021 at 1:30 P.M. is cancelled.

BY THE COURT:

_____J.
U.S. Bankruptcy Judge

Consented to by:

| | |
|---|---|
| ***Sean Logue, Esquire***<br>Sean Logue, Esquire<br>Attorney ID: 208221<br>Attorney for Debtors<br>27 West Main Street<br>Carnegie, PA 15106<br>Phone: (412) 253-6520<br>pittbankruptcy@gmail.com | ***/s/ Maria Miksich, Esquire***<br>Maria Miksich, Esquire<br>Attorney ID: 319383<br>Attorney for Movant<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Phone: 215-627-1322<br>MMiksich@kmllawgroup.com |