**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/23/2021

IN RE:

JOSEPH DOLINAR, III
102 STUART STREET
BETHEL PARK, PA 15102
XXX-XX-1508          Debtor(s)

Case No. 18-24648 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ\*\***<br>GRB LAW<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: CL5GOV W NMPC\*864/PL\*DKT4PMT-LMT\*BGN 12/18\*FR BAYVIEW-DOC 90 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 6877 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TAX AUTH OR TYPE TAX UNKNOWN**<br>INSUFFICIENT INFO AVAILABLE<br>TO BE RESOLVED | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/PAP | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5164 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 25,090.90<br>COMMENT: 06,07 AND 10/SCH\*6,10,13-14\*AMD\*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1508 |
| **ONE MAIN FINANCIAL(\*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2690 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 3,192.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0860 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 667.53<br>COMMENT: CAPITAL ONE\*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7277 |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **STERN RECOVERY SERVICES**<br>415 N EDGEWORTH ST STE 210<br>GREENSBORO, NC 27401 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FAMILY PRACTICE MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5805 |
| **TEK COLLECT**<br>POB 1269<br>COLUMBUS, OH 43216 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CCAC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3978 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 806.26<br>COMMENT: CHARGE OFF: 8/20/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: PD@CLOSING/CONF*$CL-PL@5%/PL*STAT ISSUE*AMD*PAID AT RE CLOSING*CL= | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1508 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: NO PRI/SCH-PL*AMD CL=$0 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1508 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 42,001.66<br>COMMENT: CL5GOV*$CL-PL*THRU 11/18*FR BAYVIEW-DOC 90 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6877 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRAE - COUNTY, MUNIC BETHEL, SD BETHEL | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BETHEL PARK SD (BETHEL) (RE)**<br>C/O JORDAN TAX SVC - CURR YR**<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 19  INT %: 10.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: 317-P-72*6228.07@10%TTL/PL*2018*GU BAR OK*W/20*WNTS 10%*NT/SCH*CL=$5,6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7P72 |
| **BETHEL PARK SD (BETHEL) (RE)**<br>C/O JORDAN TAX SVC - CURR YR**<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: 317-P-72*6228.07@10%TTL/PL*2018*GU BAR OK*W/19*NON INT*NT/SCH*CL=$566.1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7P72 |

| **MUNICIPALITY OF BETHEL PARK (RE)** | Trustee Claim Number:21  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  7P72 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-72*2014-2018*8085.37@10%TTL/PL*WNTS 10%*W/22*GU BAR OK*CL=$3,026. | |

| **MUNICIPALITY OF BETHEL PARK (RE)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.:  7P72 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-72*8085.37@10%TTL/PL*2014-2018*NON INT*W/21*GU BAR OK*CL=$5,058.43 | |

| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:23  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:7 | ACCOUNT NO.:  7P72 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-72*2427.05@10%TTL/PL*THRU 11/18*WNTS 10%*W/24*GU BAR OK*CL=$512. | |

| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:7 | ACCOUNT NO.:  7P72 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-72*2427.05@10%TTL/PL*THRU 11/18*WNTS 10%*W/23*GU BAR OK*CL=$452. | |

| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:25  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:7 | ACCOUNT NO.:  7P80 |
| 102 RAHWAY RD | | |
| | CLAIM:  898.79 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-80*CL7GOV*2427.05@10%TTL/PL*THRU 11/18*WNTS 10%*W/24*GU BAR OK | |

| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:7 | ACCOUNT NO.:  7P80 |
| 102 RAHWAY RD | | |
| | CLAIM:  564.13 | |
| MCMURRAY, PA  15317 | COMMENT:  317-P-80*CL7GOV;2427@10%TTL/PL | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:27  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.:  7P72 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  317-P-72*14-18*7697.93@12%TTL/PL*GU BAR OK*W/28*WNTS 12%*NT/SCH*CL=$5, | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.:  7P72 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  317-P-72*14-18*7697.93@12%TTL/PL*GU BAR OK*W/27*NON INT*NT/SCH-PL*CL=$1 | |

| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  8157 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-CONF*BGN 10/20 DISB*DKT | |

| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
|---|---|---|
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  $/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  9,207.71 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAILS | |