**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Dolinar III <br>  Debtor(s) <br> Community Loan Servicing, LLC <br>  Movant <br> v. <br> Joseph Dolinar III <br>  Respondent <br> And <br> Mila Dolinar <br> Ronda J. Winnecour, Trustee <br>  Additional Respondents | BK. NO. 18-24648 CMB <br><br> CHAPTER 13 <br><br> Related to Docs. 82, 89, 116, 126, 129 |

**ORDER OF COURT**

AND NOW, this 21st day of June 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed by Community Loan Servicing, LLC at Doc. No.. 82, is DENIED as WITHDRAWN. The hearing in this matter scheduled for June 29, 2021 at 1:30 P.M. is cancelled.

FILED
6/22/21 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ J.
  dmk
U.S. Bankruptcy Judge

Consented to by:

**Sean Logue, Esquire**
Sean Logue, Esquire
Attorney ID: 208221
Attorney for Debtors
27 West Main Street
Carnegie, PA 15106
Phone: (412) 253-6520
pittbankruptcy@gmail.com

**/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney ID: 319383
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
MMiksich@kmllawgroup.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                Case No. 18-24648-CMB
Joseph Dolinar, III                                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                            User: dsaw                                                 Page 1 of 2
Date Rcvd: Jun 22, 2021                                Form ID: pdf900                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021                                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Bethel Park School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sean Logue
    on behalf of Debtor Joseph Dolinar  III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com

TOTAL: 12