PROCEEDING MEMO

**Date: 10/13/2021 03:30 pm**

**In re:   Joseph Dolinar, III**

**Bankruptcy No. 18-24648-CMB**
**Chapter: 13**
**Doc.**

**Appearances: Owen Katz, Sean Logue, Joseph Dolinar (Debtor)**

**Nature of Proceeding: Rule To Show Cause Hearing Re: Notice of Mortgage Payment Change - Claim #5**

**Additional Pleadings: Doc - Notice of Mortgage Payment Change - Claim #5 - filed on 07/07/2021　　#139 Order Signed 08/25/2021 Setting Rule To Show Cause Hearing on Doc - Notice of Mortgage Payment Change - Claim #5 - Filed on 07/07/2021**

**Judge's Notes:**
 OUTCOME: On or before 10/29, Attorney Logue shall file an amended plan or a motion to dismiss.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/14/21 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA