**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH DOLINAR, III<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24648<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2018 and confirmed on 02/10/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 83,651.57 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,651.57 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,000.00 | |
|     Trustee Fee | 4,782.37 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,782.37 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 29,085.70 | 0.00 | 29,085.70 |
|     Acct: 6877 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 42,001.66 | 5,708.19 | 0.00 | 5,708.19 |
|     Acct: 6877 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1508 | | | | |
|   BETHEL PARK SD (BETHEL) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   BETHEL PARK SD (BETHEL) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   MUNICIPALITY OF BETHEL PARK (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |

| 18-24648 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 898.79 | 115.68 | 232.19 | 347.87 |
|     Acct: 7P80 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 564.13 | 76.67 | 0.00 | 76.67 |
|     Acct: 7P80 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7P72 | | | | |
| | | | | 35,218.43 |
| Priority | | | | |
|   SEAN LOGUE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH DOLINAR, III | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEAN LOGUE ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5164 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1508 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,685.85 | 0.00 | 1,685.85 |
|     Acct: 8157 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 9,207.71 | 9,207.71 | 0.00 | 9,207.71 |
|     Acct: $/OE | | | | |
| | | | | 10,893.56 |
| Unsecured | | | | |
|   INTERNAL REVENUE SERVICE* | 25,090.90 | 25,090.90 | 0.00 | 25,090.90 |
|     Acct: 1508 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2690 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 3,192.52 | 3,192.52 | 0.00 | 3,192.52 |
|     Acct: 0860 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 667.53 | 667.53 | 0.00 | 667.53 |
|     Acct: 7277 | | | | |
|   STERN RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5805 | | | | |
|   TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3978 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 806.26 | 806.26 | 0.00 | 806.26 |
|     Acct: 0001 | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 29,757.21 |
| TOTAL PAID TO CREDITORS | | | | 75,869.20 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 9,207.71 |
| SECURED | 43,464.58 |
| UNSECURED | 29.757.21 |

Date: 01/10/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com