Fill in this information to identify the case:

Debtor 1     Joseph Dolinar III

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   18-24648 CMB

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAYVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 6877

**Date of payment change:**
Must be at least 21 days after date of this notice       02/01/2020

**New total payment:**       $902.77
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $531.71        New escrow payment: $440.06

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Official Form 410S1            Notice of Mortgage Payment Change            page 1
246

Debtor(s)    Joseph Dolinar III    Case number (*if known*) 18-24648 CMB
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ James C. Warmbrodt, Esquire        Date    01/10/2020
Signature

| | | |
|---|---|---|
| Print: | James C. Warmbrodt, ATT ID: 42524 | Title: Attorney for Creditor |
| | First Name    Middle Name    Last Name | |
| Company | KML Law Group, P.C. | |
| Address | 701    Market Street, Suite 5000 | |
| | Number    Street | |
| | Philadelphia,    PA    19106 | |
| | City    State    ZIP Code | |
| Contact phone | (215) 627-1322    Email  jwarmbrodt@kmllawgroup.com | |

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**
247